Certificate Number: 14912-CAC-DE-037103217

Bankruptcy Case Number: 22-14685



14912-CAC-DE-037103217

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 12, 2023, at 4:39 o'clock PM EST, Danielle Curry completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  January 12, 2023

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor