United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-14685-SY |
| Danielle Curry | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2023 | Form ID: 318a | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Curry, 8799 Sugar Gum Road, Riverside, CA 92508-3065 |
| 41377988 | + | AIDVANTAGE / DEPT OF EDUCATION, 1891 METRO CENTER DR, RESTON, VA 20190-5287 |
| 41377994 | + | Clarence Ellis, 11229 Sunglow Dr., Moreno Valley, CA 92557-5110 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Mar 28 2023 04:22:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Mar 28 2023 04:22:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Mar 28 2023 04:22:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41377988 | + | EDI: MAXMSAIDV | Mar 28 2023 04:22:00 | AIDVANTAGE / DEPT OF EDUCATION, 1891 METRO CENTER DR, RESTON, VA 20190-5287 |
| 41377989 | + | EDI: CITICORP.COM | Mar 28 2023 04:22:00 | AMEX / CITIBANK, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 41377990 | | Email/Text: Bankruptcy@arrowheadcu.org | Mar 28 2023 00:30:00 | ARROWHEAD CREDIT UNION, PO BOX 735, SAN BERNARDINO, CA 92402 |
| 41377991 | + | EDI: CAPITALONE.COM | Mar 28 2023 04:22:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 41377992 | + | EDI: CAPONEAUTO.COM | Mar 28 2023 04:22:00 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO, TX 75025-9407 |
| 41377993 | + | EDI: CITICORP.COM | Mar 28 2023 04:22:00 | CITICARDS, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 41377995 | + | EDI: CRFRSTNA.COM | Mar 28 2023 04:22:00 | CREDIT FIRST, 6275 EASTLAND RD, BROOKPARK, OH 44142-1399 |
| 41377996 | + | EDI: DISCOVER.COM | Mar 28 2023 04:22:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 41377997 | | EDI: CALTAX.COM | Mar 28 2023 04:22:00 | FRANCHISE TAX BOARD, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41377998 | | EDI: IRS.COM | Mar 28 2023 04:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41377999 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Mar 28 2023 00:31:00 | QUEST DIAGNOSTIC, 500 Plaza Drive, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Secaucus, NJ 07094-3619 |
| 41378000 | + | EDI: RMSC.COM | Mar 28 2023 04:22:00 | SYNCHRONY / CHEVRON, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 41378001 | + | EDI: RMSC.COM | Mar 28 2023 04:22:00 | SYNCHRONY NETWORKS, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 41378002 | + | Email/Text: EFBankruptcyNotices@huntington.com | Mar 28 2023 00:30:00 | THE HUNTINGTON NATIONAL BANK, PO Box 77077, Minneapolis, MN 55480-7777 |
| 41378003 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 28 2023 00:30:00 | TOYOTA MOTOR CREDIT, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:

**Name** | **Email Address**

Arvind Nath Rawal
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC arawal@aisinfo.com

Benjamin Heston
on behalf of Debtor Danielle Curry bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Larry D Simons (TR)
larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Valerie Smith
on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Danielle Curry** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–9639** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **6:22–bk–14685–SY** | | |

## Order of Discharge – Chapter 7          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Danielle Curry

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/27/23

**Dated:** 3/27/23                    **By the court:** Scott H. Yun
                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**12/AUTU**
For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**